252 So.2d 435

Bela ANDRASI

v.

STATE of Louisiana.

No. 51650.

Sept. 21, 1971.

In re: Bela Andrasi applying for writ of habeas corpus.

Application denied. The record shows applicant is not entitled to relief prayed for.

252 So.2d 435

STATE of Louisiana

v.

Charles Alvin MARKASE.

No. 51689.

Sept. 21, 1971.

In re: Charles Alvin Markase applying for writ of certiorari.

Application denied. The showing made does not warrant the exercise of our jurisdiction.

■

252 So.2d 435

STATE of Louisiana ex rel. Joseph Drubie WILLIAMS

v.

C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.

No. 51682.

Sept. 21, 1971.

In re: Joseph Drubie Williams applying for writs of certiorari, prohibition, mandamus and habeas corpus.

Application denied. The record does not warrant the exercise of our jurisdiction.